1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11    MARTHA P. SENCION,              )   NO. CV 08-1840 SS
                                      )
12                   Plaintiff,       )
                                      )   **JUDGMENT**
13            v.                      )
                                      )
14    MICHAEL J. ASTRUE,              )
      Commissioner of the Social      )
15    Security Administration,        )
                                      )
16                   Defendant.       )
      _____)
17

18         IT IS ADJUDGED that the decision of the Commissioner is REVERSED

19    and REMANDED for further administrative proceedings, pursuant to

20    sentence four of 42 U.S.C. § 405(g).

21

22    DATED: February 12, 2009.                    /S/

23                                       _____
                                         SUZANNE H. SEGAL
24                                       UNITED STATES MAGISTRATE JUDGE

25

26

27

28